

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2019

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On October 3, 2019, appellant filed a "Motion to File Ex Parte Motion under Seal." Appellant also filed an "Ex Parte Motion for Production of the Trial Court Transcript." We DENY both of appellant's motions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk